# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50856

---

Michael Cargill,

        *Plaintiff—Appellant*,

versus

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

        *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-349

---

ORDER:

    IT IS ORDERED that appellees' opposed motion to place appeal in abeyance pending a decision in Supreme Court case No. 22-976, *Garland v. Cargill* is GRANTED.

Stephen A. Higginson
*United States Circuit Judge*