# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 12, 2024
Lyle W. Cayce
Clerk

No. 23-50856

Michael Cargill,

    *Plaintiff—Appellant*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-349
_____

UNPUBLISHED ORDER

Before Stewart, Haynes, and Higginson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the joint motion of the parties to vacate the district court's denial of Cargill's Rule 59(e)/60 motion is GRANTED.

    IT IS FURTHER ORDERED that the joint motion of the parties to remand the case to the district court to consider alterations to the

judgment or other relief in light of the Supreme Court's decision in *Garland v. Cargill*, No. 22-976, is GRANTED.